```
                           United States Bankruptcy Court
                           Western District of Washington
In re:                                                           Case No. 14-10679-TWD
Kellee R Thompson                                                Chapter 7
            Debtor            CERTIFICATE OF NOTICE
District/off: 0981-2          User: renatoc               Page 1 of 1                  Date Rcvd: Jul 30, 2014
                              Form ID: pdf                Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2014.
db         +Kellee R Thompson,   12603 NE 185th St, #1604,   Bothell, WA 98011-9323
aty        +Rigby Law Firm,   600 Stewart St Ste 1908,   Seattle, WA 98101-1220
955072436  +Attorney General of the United States,   Department of Justice,   10th and Constitution,
             Washington, D.C 20530-0001
954889676 ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX  79998)
954889677  +Boeing Employees C U,   Po Box 97050,   Seattle, WA 98124-9750
954889678  +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
954889679  +Citimortgage Inc,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
955072438  +King County Finance Division,   600 King County Administration Building,   500 Fourth Avenue,
             Seattle, WA 98104-2337
955072435   U.S. Attorney General,   US Dept of Justice,   950 Pennsylvania Ave NW,
             Washington, DC 20530-0001
955072433  +United States Attorney,   700 Stewart Street, #5220,   Seattle, WA 98101-4438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
955072434  +E-mail/Text: cio.bncmail@irs.gov Jul 31 2014 01:00:32     Attn: Kim Contrearas,
             Internal Revenue Service,   Special Procedures Section,   915 Second Avenue, M/S 244,
             Seattle, WA 98174-1009
954889680  +E-mail/Text: j.klein@everprof.com Jul 31 2014 01:00:56     Evergreen Professional,   P.o. Box 666,
             Bothell, WA 98041-0666
954889681  +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2014 01:15:13     Gecrb/gapdc,   Po Box 965005,
             Orlando, FL 32896-5005
954889682  +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2014 01:17:29     Gecrb/mattress Discntr,
             950 Forrer Blvd,   Kettering, OH 45420-1469
954889683  +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2014 01:15:13     Gecrb/old Navy,   Po Box 965005,
             Orlando, FL 32896-5005
955072437   E-mail/Text: cio.bncmail@irs.gov Jul 31 2014 01:00:32     Internal Revenue Service,
             P. O. Box 7346,   Philadelphia, PA 19101-7346
954889684  +Fax: 407-737-5634 Jul 31 2014 01:15:25     Ocwen Loan Servicing L,
             1661 Worthington Rd Suite 100,   West Palm Beach, FL 33409-6493
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r              Max Rombakh,   Windermere Real Estate Co
r              Rik Jones
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2014                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2014 at the address(es) listed below:
              Adria Vondra   on behalf of Debtor Kellee R Thompson avondra@vondralawfirm.com
              Nancy L James   njames@epitrustee.com, njames@ecf.epiqsystems.com
              Rory C Livesey   on behalf of Trustee Nancy L James RigbyLaw@aol.com
              United States Trustee   USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

Honorable Timothy W. Dore
Hearing date: August 22, 2014; 9:30 a.m.
Hearing Place: Room 8106, 700 Stewart Street, Seattle, WA 98101
Responses due by: August 15, 2014; by 4:30 p.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 14-10679 |
| KELLEE R. THOMPSON, | ) | |
| | ) | NOTICE OF MOTION FOR SALE OF |
| Debtor(s). | ) | REAL PROPERTY OF THE ESTATE |
| | ) | FREE AND CLEAR OF LIENS AND |
| | ) | ENCUMBRANCES |

TO: Kellee Thompson, and her attorney of record, creditors, and parties of interest.

PLEASE TAKE NOTICE that the Motion for Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances will be heard on the 22nd day of August, 2014, at 9:30 a.m., at the United States Courthouse, 700 Stewart Street, Seattle, Washington, in Room 8106, and the clerk is requested to note the motion on the motion docket for that day.

YOU ARE FURTHER NOTIFIED that responses or objections must be made in writing and the original filed with the Bankruptcy Court at the United States Courthouse, Room 6301, 700 Stewart Street, Seattle, Washington 98101. Copies must be served upon the United States Trustee's Office at the United States Courthouse, Room 5103, 700 Stewart Street, Seattle, Washington 98101, the above-named Judge and the undersigned attorney on or before August 15, 2014. Failure to comply with the local rule may be deemed by the court as opposition without merit. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented *ex parte*.

The trustee, Nancy James, has filed a motion for sale of real property as follows:

| | |
|---|---|
| Street address of property to be sold: | 12928 - 64th Avenue S.E. Snohomish, WA 98296 |
| Legal description of property to be sold: | Lot 131, Snohomish Cascade Sector 3 - Phase 2, Recording No. 9802115003, Snohomish County, Washington |
| Parcel No.: | 008772-000-131-00 |
| Sale price: | $240,000.00, or such higher price as the parties agree to in order to close the short sale |
| Terms of sale: | Cash at Closing |
| Purchaser: | IH4 Property Washington, LP, and/or assigns |
| Purchaser's address: | 16400 S.E. 30th Place, Suite 100 Bellevue, WA 98007 |

**NOTICE OF MOTION FOR SALE OF
REAL PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS AND
ENCUMBRANCES -** 140728cNot   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

| | | |
|---|---|---|
| 1 | Costs of sale: | The estate will pay the real estate agent a commission of 6% of the gross sales price or such lesser amount as the agents shall agree to; and, the estate will pay those costs of sale customarily paid by the Seller in Western Washington. These costs would include, but are not limited to, title insurance, real estate taxes due through the date of sale and one-half of the escrow costs. |
| | Utility Liens | In many cases the existence of a utility lien and/or the amount of the lien is unknown until closing or thereafter. These liens usually, but not always, are equal to the utilities bills incurred over several months. These liens will be addressed at closing. |

Encumbrances & approximate claim amounts:

(1) Ocwen Loan Servicing, as servicer for or successor to IndyMac Bank, FSB, deed of trust - $263,000; and
(2) Citimortgge, Inc., as servicers for or successor to IndyMac Bank, FSB, deed of trust - $33,000.

Said sale will be free and clear of all liens and interests, said liens and interests to attach to the proceeds of the sale as though those proceeds were the property, said liens and interests to be satisfied from those proceeds. Notwithstanding the foregoing, the trustee requests the authority to pay the above named secured creditors, in the order of their liens to the extent funds are available.

This is a short sale. The sale is subject to the approval of Ocwen Loan Servicing, its servicers or agents ("Ocwen"). There will be insufficient funds to make a distribution to secured creditors of a lower priority than Ocwen. The trustee will negotiate the terms of the short sale with Ocwen; however, the terms of that sale are unknown at this time. The trustee will negotiate a buyer's premium/carve out of at least $20,000. Of that amount, at least one half shall be disbursed to pre-petition unsecured creditors. If those creditors are paid in full, any remaining funds may be available for administrative expenses. Should the buyer be unable to close the sale, or should the trustee receive an offer she believes is better for the estate, the trustee reserves the right to, rather than treating the funds to the estate as a buyer's premium, negotiate a carve out with the secured creditor under Section 506(c) of the Bankruptcy Code.

The trustee believes and therefore alleges that the purchaser is a good faith purchaser for value.

DATED this 28th day of July, 2014.

THE RIGBY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

**NOTICE OF MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES -** 140728cNot   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826