**Below is the Order of the Court.**

*[signature]*

**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

Honorable Timothy W. Dore
August 22, 2014; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 14-10679 |
| KELLEE R. THOMPSON, ) | |
| ) | ORDER OF SALE OF REAL PROPERTY |
| Debtor(s). ) | OF THE ESTATE FREE AND CLEAR |
| ) | OF LIENS AND ENCUMBRANCES |

THIS MATTER having come regularly before the above signed judge of the above-entitled court upon the trustee's motion to sell assets of the estate, it appearing that all interested parties have received notice and no objection to the motion having been filed, or said objection having been incorporated into the terms of this order, now, therefore, it is hereby

ORDERED that, subject to the written approval of secured creditor Ocwen Loan Servicing, its servicers, affiliates or successors, the trustee, Nancy James, is authorized to sell real property of the estate according to those terms set forth below:

Street address of
    property to be sold:    12928 - 64th Avenue S.E.
                               Snohomish, WA 98296

Legal description of
    property to be sold:    Lot 131, Snohomish Cascade Sector 3 - Phase 2, Recording No. 9802115003, Snohomish County, Washington

**ORDER OF SALE OF REAL PROPERTY**
**OF THE ESTATE FREE AND CLEAR OF**
**LIENS AND ENCUMBRANCES**
140728dOrd   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-10679-TWD   Doc 33   Filed 08/19/14   Ent. 08/19/14 13:52:34   Pg. 1 of 3

| | | |
|---|---|---|
| Parcel No.: | | 008772-000-131-00 |
| Sale price: | | $240,000.00, or such higher price as the parties agree to in order to close the short sale |
| Terms of sale: | | Cash at Closing |
| Purchaser: | | IH4 Property Washington, LP, and/or assigns |
| Purchaser's address: | | 16400 S.E. 30th Place, Suite 100<br>Bellevue, WA  98007 |
| Costs of sale: | | The estate will pay the real estate agent a commission of 6% of the gross sales price or such lesser amount as the agents shall agree to; and, the estate will pay those costs of sale customarily paid by the Seller in Western Washington. These costs would include, but are not limited to, title insurance, real estate taxes due through the date of sale and one-half of the escrow costs. |
| Utility Liens | | In many cases the existence of a utility lien and/or the amount of the lien is unknown until closing or thereafter. These liens usually, but not always, are equal to the utilities bills incurred over several months. These liens will be addressed at closing. |
| Encumbrances & approximate claim amounts: | (1) | Ocwen Loan Servicing, as servicer for or successor to IndyMac Bank, FSB, deed of trust - $263,000; and |
| | (2) | Citimortgge, Inc., as servicers for or successor to IndyMac Bank, FSB, deed of trust - $33,000. |

FURTHER, IT IS HEREBY ORDERED that said sale will be free and clear of all liens and interests, except real and personal property taxes, said liens and interests to attach to the proceeds of the sale as though those proceeds were the property, said liens and interests to be satisfied from those proceeds. The trustee specifically reserves the right to contest each encumbrance or alleged encumbrance against the subject property. Notwithstanding the foregoing, the trustee may pay the above named secured creditors, in the order of their liens to the extent funds are available.

IT IS HEREBY FURTHER ORDERED that the buyer's premium/carve out of at least $20,000 is approved.

**ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
140728dOrd   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-10679-TWD    Doc 33    Filed 08/19/14    Ent. 08/19/14 13:52:34    Pg. 2 of 3

1   IT IS HEREBY FURTHER ORDERED that at least one half of the funds received by the estate from the sale shall be distributed to pre-petition unsecured creditors. If those creditors are paid in full, any remaining funds may be available for administrative expenses.

IT IS HEREBY FURTHER ORDERED that the automatic stay under Federal Rule of Bankruptcy Procedure 6004(h) shall not apply to the transaction(s) approved in this order.

IT IS HEREBY FURTHER ORDERED that, as the purchaser is a good faith purchaser for value, the provisions of 11 U.S.C. § 363(m) are applicable to this sale.

//// END OF ORDER ////

Presented By:

THE RIGBY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

The Rigby Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
140728dOrd   Page 3

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-10679-TWD   Doc 33   Filed 08/19/14   Ent. 08/19/14 13:52:34   Pg. 3 of 3